**UNITED STATES of America, Appellee,**

v.

**Merardo VARGAS–PANTJA, Appellant.**

**No. 01–3369.**

United States Court of Appeals, Eighth Circuit.

Submitted June 11, 2002.

Filed June 25, 2002.

Before MORRIS SHEPPARD ARNOLD, HEANEY, and MURPHY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Merardo Vargas–Pantja petitioned the district court[1] to vacate, set aside, or amend his sentence pursuant to 28 U.S.C. § 2255, claiming that his trial counsel was ineffective and that he was entitled to relief under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435

---

1. The Honorable Donald E. O'Brien, United States District Judge for the Northern District of Iowa.

(2000). The district court granted the government's motion to dismiss the claim and certified an appeal to this court.

The district court correctly held that Mr. Vargas–Pantja's motion was barred by the one-year statute of limitations found in § 2255 and by our decision in *United States v. Moss*, 252 F.3d 993 (8th Cir.2001), *cert. denied*, —— U.S. ——, 122 S.Ct. 848, 151 L.Ed.2d 725 (2002), which held that *Apprendi* errors cannot be raised on collateral review. We therefore affirm the district court's order dismissing Mr. Vargas–Pantja's claim under § 2255. *See* 8th Cir. R. 47B.